UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :   S4 18cr0041 (DLC)
UNITED STATES OF AMERICA,           :
                                    :       ORDER
            -v-                     :
                                    :
JOSEPH COSTELLO,                    :
            Defendant.              :
                                    :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2019

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the Clerk of Court shall unseal the above-referenced matter.

IT IS FURTHER ORDERED that the following documents shall be unsealed and docketed in the public record:

Sealing envelope #128: Notice of Intent to File an Information, Defendant Information sheet, designation forms, waivers of Indictment, and Information S3 18 Cr. 041.

Sealing envelope #167: Notice of Intent to File an Information, Defendant Information sheet, designation forms, waivers of Indictment, and Information S4 17 Cr. 041.

Sealing envelope #316: June 24, 2019 Order.

IT IS FURTHER ORDERED that the October 28, 2019 "Judgment In A Criminal Case" shall be unsealed and filed in the public record.

IT IS FURTHER ORDERED that all other previously sealed documents shall remain sealed.

Dated: New York, New York
December 12, 2019

                                                        DENISE COTE
                                     United States District Judge