UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
              -v-                       :        18cr41-21 (DLC)
                                        :
JOSEPH COSTELLO,                        :              ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the defendant is scheduled to be

resentenced on August 12, 2022 at 3:00 PM in Courtroom 18B.  Any

further submission the parties wish to be considered in relation

to this shall be filed by August 9, 2022.

    SO ORDERED:

Dated:    New York, New York
          July 27, 2022

                            _____
                                    DENISE COTE
                            United States District Judge