```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
  UNITED STATES OF AMERICA,              :    18cr41-21 (DLC)
                                         :
              -v-                        :         ORDER
                                         :
  JOSEPH COSTELLO,                       :
                           Defendant.    :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the Government's letter of March 9, 2023, attached, it is hereby

ORDERED that all documents in the above-referenced matter shall be unsealed and filed in the public record.

IT IS FURTHER ORDERED that the transcript of the proceedings held on August 27, 2019, October 25, 2019, and August 25, 2022, shall be unsealed.

SO ORDERED:

Dated:   New York, New York
         March 15, 2023

                              _____
                                      DENISE COTE
                              United States District Judge



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2023

**BY EMAIL**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Joseph Costello,
              18 Cr. 41 (DLC)

Dear Judge Cote:

    The parties write to advise the Court that the above-referenced case no longer requires sealing. Please feel free to reach out to the Government should the Court have any additional questions or concerns.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Christopher J. Clore
Assistant United States Attorney
(212) 637-1063

cc:    Deveraux Cannick, Esq. (*Counsel for the defendant*)