UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                -v-                     :    18cr41-21 (DLC)
                                        :
JOSEPH COSTELLO,                        :    ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that a conference to address the specifications of violation of supervised release is scheduled for September 17, 2024 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          September 6, 2024

                                          _____
                                              DENISE COTE
                                 United States District Judge